UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
ANTHONY WREN, derivatively on behalf of :
IROBOT CORPORATION,
                                       :
              Plaintiff,               : Civil Action
    vs.                                : No. 24-11498-WGY
                                       :
COLIN M. ANGLE, JULIE ZEILER,          :
MOHAMAD ALI, DEBORAH ELLINGER,
KAREN GOLZ, EVA MANOLIS, ANDREW        :
MILLER, and MICHELLE STACY,
                                       :
              Defendants,              :
    and                                :

IROBOT CORPORATION,                    :

              Nominal Defendant.       :
------------------------------------x

## JOINT MOTION AND STIPULATION
## REGARDING TEMPORARY STAY AND [PROPOSED] ORDER

Plaintiff Anthony Wren ("Plaintiff"), Defendants Colin M. Angle, Julie Zeiler, Mohamad Ali, Deborah Ellinger, Karen Golz, Eva Manolis, Andrew Miller, and Michelle Stacy (the "Individual Defendants"), and Nominal Defendant iRobot Corporation ("iRobot" together with the Individual Defendants, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on June 8, 2024, Plaintiff filed a shareholder derivative action on behalf of Nominal Defendant iRobot Corporation ("iRobot") against Defendants Colin M. Angle, Julie Zeiler, Mohamad Ali, Deborah Ellinger, Karen Golz, Eva Manolis, Andrew Miller, and Michelle Stacy (the "Individual Defendants", collectively with iRobot, "Defendants"), asserting claims for breaches of fiduciary duties, unjust enrichment, waste of corporate assets, gross mismanagement,

abuse of control and violations of Section 14(a) Securities Exchange Act of 1934 (the "Exchange Act"), and contribution under Section 10(b) and 21D of the Exchange Act (the "Derivative Action");

WHEREAS, Plaintiff served a summons and the Complaint upon Nominal Defendant iRobot on June 10, 2024, and the Individual Defendants have accepted service of summonses and the Complaint, without waiving any of the Individual Defendants' rights or defenses other than with respect to sufficiency of service of process;

WHEREAS, this Court extended Defendants' time to answer, move or otherwise respond to the Complaint to August 15, 2024 (ECF No. 10);

WHEREAS, the Derivative Action is related to, and arises out of, materially the same set of factual allegations as those asserted in a federal securities class action suit pending in this Court against multiple of the same defendants as this action, *In re iRobot Corporation Securities Litigation*, Civ No. 24-11158-WGY (the "Securities Class Action");

WHEREAS, pursuant to this Court's Order in the Securities Class Action, Lead Plaintiff in the Securities Class Action filed and served an amended complaint on July 19, 2024, and defendants in the Securities Class Action shall move, answer or otherwise respond to the amended complaint no later than September 3, 2024;

WHEREAS, the Parties believe that a ruling on the motion to dismiss in the Securities Class Action may help inform the manner in which this Derivative Action proceeds; and

WHEREAS, in the interest of judicial economy, the Parties in the Derivative Action have agreed to stay this action, including motion practice and discovery until a decision is rendered on the motion to dismiss in the Securities Class Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, and respectfully requested, that:

1. All proceedings and deadlines in this Derivative Action are stayed until final resolution of the motion to dismiss in the Securities Class Action.

2. Within fourteen (14) days after the ruling on the motion to dismiss in the Securities Class Action or the date any Party lifts the stay pursuant to paragraph 6 hereof, the Parties shall confer in good faith to determine a schedule for further proceedings in this Derivative Action and submit a proposed scheduling stipulation for this Court's review and approval.

3. Notwithstanding the stay, Plaintiff may file an amended complaint once during the pendency of the stay without leave of Court; provided, however, that if Plaintiff files an amended pleading during the pendency of this stay, Defendants are not required to answer or otherwise respond to the amended pleading during the pendency of the stay.

4. In the event that any other iRobot shareholder serves another Derivative Action on behalf of iRobot based on the materially same set of facts alleged in this Derivative Action, iRobot shall notify Plaintiff of that fact. In the event that another Derivative Action on behalf of iRobot based on the materially same set of facts alleged in this Derivative Action is not stayed for a similar or longer duration than this Derivative Action, Defendants shall also notify Plaintiff of that fact.

5. While the Derivative Action is stayed, in the event that Defendants provide any documents for inspection to any other iRobot shareholder in connection with another shareholder derivative action or shareholder demand for an inspection of books and records on behalf of

3

iRobot based on the materially same set of facts alleged in this Derivative Action, Defendants shall produce those documents to Plaintiff subject to the same form and confidentiality requirements under which the documents were produced or provided for inspection to the other iRobot shareholder subject to their use in the Derivative Action.

6. At any time during which this Derivative Action is stayed pursuant to this Stipulation, any Party may lift the stay so long as the Party provides at least fourteen (14) days written notice via email to the undersigned counsel for the other Parties, which notice shall also be filed with the Court on the date it is sent to the undersigned counsel for the other Parties.

7. The Parties shall meet and confer regarding consolidation of any shareholder derivative action filed in, removed to, or transferred to this Court based on the materially same set of facts alleged in this Derivative Action. In addition, an application for consolidation of such a shareholder derivative action may be made by Plaintiff, and may be ruled on, notwithstanding the stay, and an application for appointment of leadership for plaintiffs may be made by Plaintiff, and may be ruled on, notwithstanding the stay if such appointment by the Court has not already been made.

8. This Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties to the Derivative Action.

Dated: July 30, 2024
Boston, Massachusetts

/s/ John Coyle IV
John Coyle IV (BBO #714121)
Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, New York 10017
(516) 922-5427
jcoyle@thebrownlawfirm.net
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Alisha Q. Nanda (BBO #657266)
Rene H. DuBois (BBO #688849)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

*Counsel for Defendants Colin M. Angle, Julie Zeiler, Mohamad Ali, Deborah Ellinger, Karen Golz, Eva Manolis, Andrew Miller, and Michelle Stacy, and Nominal Defendant iRobot Corporation*

SO ORDERED; *provided that this case will be Trial ready on the same schedule as the securities class action*

Dated: August 22, 2024

William G. Young
United States District Judge

5